UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                  Case No. 6:09-bk-03690-ABB

LAS VEGAS CASINO LINES, LLC,

    Debtor.
_____/
LAS VEGAS CASINO LINES, LLC,

    Plaintiff,

vs.                                                    ADV CASE NO.

ROBERT ABBOTT,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff/Debtor-in-Possession, LAS VEGAS CASINO LINES, LLC, by and through its undersigned attorneys, and sues the Defendant, ROBERT ABBOTT, and alleges:

1.     This is an action for turnover.

2.     This adversary proceeding is being brought in connection with Debtor, LAS VEGAS CASINO LINES, LLC'S case under Chapter 11, Case Number 6:09-bk-03690-ABB, now pending in this Court.

3.     This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 157(b)(2)(e) and § 1334.

4.     This is a core proceeding under § 157(b)(2)(e).

5.     The Plaintiff is LAS VEGAS CASINO LINES, LLC, Debtor-in-Possession.

6.     The Defendant is ROBERT ABBOTT, who is *sui juris*.

7. The Plaintiff at all times material to this matter, operated a gambling casino cruise ship, which took passengers off the shore at Port Canaveral, for purposes of gambling.

8. The Defendant improperly obtained 7 cards used for gambling and without paying any money for the cards fraudulently obtained credits on the cards and used those cards for gambling.

9. The cards consisted of the following accounts and amounts owed:

| Account No. 011903317 | $52,634.23 |
| Account No. 0111942105 | $10,932.94 |
| Account No. 0111907359 | $7,240.79 |
| Account No. 0111000984 | $450.80 |
| Account No. 0111945166 | $507.00 |
| Account No. 0111008396 | $2,888.55 |
| Account No. 0111015673 | $6,112.25 |
| TOTAL | $80,766.56 |

10. In addition, upon information and belief, the Defendant also tipped with the Plaintiff's money, what is believed to be another $6,000.00.

11. LAS VEGAS CASINO LINES, LLC upon learning of the actions of Defendant, ROBERT ABBOTT, demanded the payment of the money improperly taken.

12. The Defendant, ROBERT ABBOTT, agreed to repay $70,000.00, with $25,000.00 to be repaid on April 28, 2009, and $45,000.00, on or before May 8, 2009.

13. By virtue of the Defendant taking Plaintiff's money, Plaintiff is owed the sum of $55,000.00.

14. The Defendant, ROBERT ABBOTT, should be ordered to turnover the $55,000.00 to the Plaintiff, together with interest and court costs.

WHEREFORE, the Plaintiff, LASVEGASCASINO LINES, LLC, prays this Court enter a turnover Order against the Defendant, ROBERT ABBOTT, directing Defendant to turnover the $55,000.00 due the estate.

DATED this 13th day of October, 2009.

                                                                                                             _____
Lawrence M. Kosto, Esquire
KOSTO & ROTELLA, P.A.
619 E. Washington Street
P.O. Box 113
Orlando, FL 32802
Telephone No.: (407) 425-3456
Facsimile No.: (407) 423-9002
FL Bar No.: 0765325
Attorney for Plaintiff